

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00347-CV

**IN THE INTEREST OF E.A.C.**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-06011
Honorable Aaron Haas, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's June 4, 2020 order in a suit to modify the parent-child relationship is AFFIRMED. Costs of appeal are taxed against Appellant Claudia J. Ovalles.

SIGNED April 27, 2022.

_____
Liza A. Rodriguez, Justice